IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01849-PAB-MJW

STACEY GORDANIER,

Plaintiff(s),

v.

MONTEZUMA WATER COMPANY, ET AL.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Stipulated Motion for Entry of Stipulated Protective Order (docket no. 25) is GRANTED. The written Stipulated Protective Order (docket no. 25-2) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: November 14, 2008