IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01849-PAB-MJW

STACEY GORDANIER,

    Plaintiff,

v.

MONTEZUMA WATER COMPANY and
MICHAEL BAUER,

    Defendants.

_____

## ORDER DISMISSING CERTAIN DEFENDANTS
_____

**Brimmer, J.**

This matter is before me on the Joint Motion of the parties to Dismiss Michael Bauer with Prejudice, filed November 13, 2008 (Docket No. 27).

Defendant Michael Bauer filed an Unopposed Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) on November 12, 2008 (Docket No. 26). In light of the joint motion to dismiss, such motion is now moot.

THEREFORE, it is

**ORDERED** that the Joint Motion to Dismiss Michael Bauer with Prejudice filed November 13, 2008 is **GRANTED**. It is further

**ORDERED** that pursuant to Fed. R. Civ. P. 41(a), all claims against defendant Michael Bauer are dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs. It is further

**ORDERED** that defendant Bauer's Unopposed Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 26) is **DENIED** as moot.

Dated December 8, 2008.

BY THE COURT:

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge