IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01849-REB-MJW

STACEY GORDANIER,

    Plaintiff,

v.

MONTEZUMA WATER COMPANY, a non-profit corporation,

    Defendant.

---

ORDER RE: DEFENDANT'S *UNOPPOSED* MOTION TO VACATE AND RESET THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND AMEND SCHEDULING ORDER TO INCLUDE ELECTRONIC DISCOVERY PLAN
( Docket No. 73 )

THIS MATTER, having come before the Court on Defendant's *Unopposed* Motion to Vacate and Reset the Hearing on Plaintiff's Motion to Compel Discovery and Amend Scheduling Order to Include Electronic Discovery Plan, the Court having reviewed same and being fully advised;

ORDERS that the Motion is GRANTED, and that the hearing on Plaintiff's Motion to Compel Discovery and Amend Scheduling Order to Include Electronic Discovery Plan set for July 29, 2009, is hereby vacated and ~~will be reset~~ *is reset to AUGUST 03, 2009 @ 3:00 P.M.*

DATED this 10th day of July, 2009.

BY THE COURT:

/s/ Michael J. Watanabe
~~District Court Judge~~/Magistrate

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**