IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01849-PAB-MJW

STACEY GORDANIER,

    Plaintiff,

v.

MONTEZUMA WATER COMPANY and
MICHAEL BAUER,

    Defendants.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that plaintiff's Motion for Leave to File Motion for Summary Judgment [Docket No. 87] is DENIED for failure to confer as required by D.C.COLO.LCivR 7.1A. Plaintiff counsel's perceived futility does not relieve her of the duties imposed by Local Rule 7.1A.

    DATED August 12, 2009.