# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   08-cv-01849-PAB-MJW          FTR - Courtroom A-502

**Date:**  September 14, 2009                       Courtroom Deputy, Ellen E. Miller

STACEY   GORDANIER,                                 Lynne M.  Sholler
         Plaintiff(s),

v.

MONTEZUMA WATER COMPANY,                            Michael J.  Mirabella
a non-profit corporation,   and
MICHAEL   BAUER,
an individual,
         Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION   HEARING**
**Court in Session:**    8:36 a.m.
Court calls case.  Time set for the Motion Hearing is 8:30 a.m.  Court has waited to call the case to allow time for appearance of defense counsel.  Appearances of counsel.

Court raises Plaintiff's Motion to Compel Discovery and Amend Scheduling Order to Include Electronic Discovery Plan   [Docket No. 58, Filed June 16, 2009] for argument.

Argument by Ms. Sholler.
Response by Mr. Mirabella
Rebuttal by Ms. Sholler.

Plaintiff supplements her motion by tendering excerpts of depositions of Michael Bauer, Leanne Codding, Stacy Gordanier, Todd Starr, and Tad Willbanks.  The Court directs that the excerpts be made part of the court record, and shall be filed by the Courtroom Deputy. Defendant shall have to and including SEPTEMBER  17, 2009 within which to file any responsive excerpts.

**It is ORDERED:**    Plaintiff's MOTION TO COMPEL DISCOVERY AND AMEND
                      SCHEDULING ORDER TO INCLUDE ELECTRONIC DISCOVERY PLAN
                       [Docket No. 58, Filed June 16, 2009]  is **TAKEN  UNDER
                      ADVISEMENT.**   The court will issue its written Order.

In its written Order, the Court will also address Docket No. 89, Filed August 17, 2009 Plaintiff's SECOND MOTION FOR LEAVE TO FILE  MOTION FOR SUMMARY JUDGMENT and  Docket No. 79, filed July 31, 2009    Plaintiff's   MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM TO EVIDENCE OBTAINED IN DISCOVERY.

Hearing concluded.
**Court in recess:**     9:23 a.m.
Total In-Court Time 00: 47

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119      Toll Free  1-800-962-3345.    FAX (303) 893-8305       www.AveryWoods.net