**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-01849-PAB-MJW

STACEY GORDANIER,

Plaintiff,

vs.

MONTEZUMA WATER COMPANY, a non-profit corporation,

Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** (Docket No 89)

---

THIS MATTER came before the Court upon Plaintiff's Motion for Leave to File Motion for Summary Judgment. The Court having reviewed the Motion, and any Response and Reply thereto, being fully advised in the matter,

FINDS AND ORDERS AS FOLLOWS:

A. Plaintiff established good cause under Rule 16(b) to extend the Scheduling Order's dispositive motions deadline in order to file her motion for summary judgment on Defendant's affirmative defenses.

B. Defendant suffers no prejudice by granting this motion, as Defendant failed to supplement its Response to Interrogatory No. 6 until August 6, 2009. This prevented Plaintiff from knowing the bases of the defenses, and which defenses would be withdrawn, until after the deadline to file dispositive motions had expired on June 15, 2009.

THEREFORE, IT IS ORDERED THAT Plaintiff's Motion for Leave to File Motion for Summary Judgment is GRANTED. Plaintiff shall file her Motion for Summary Judgment by November 2, 2009. (*)

Dated: October 9, 2009.

BY THE COURT:

[signature]

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

(*) The Final Pretrial Conference is set on December 15, 2009 @ 8:30 a.m. Proposed final pretrial Order shall be submitted on or before December 9, 2009.