IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01849-PAB-MJW

STACEY GORDANIER,

Plaintiff(s),

v.

MONTEZUMA WATER COMPANY, ET AL.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion to Correct Filing Error Concerning Defendant's Objection to Plaintiff's Motion for Leave to File Amended Complaint [docket no. 105] is **GRANTED.** Judge Brimmer can consider Defendant's Objection to Plaintiff's Motion for Leave to File Amended Complaint when he addresses the objection (docket no. 104) that has been filed by Plaintiff to Magistrate Judge Watanabe's Recommendation (docket no. 102).

Date: October 23, 2009