IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01849-PAB-MJW

STACEY GORDANIER,

      Plaintiff,

v.

MONTEZUMA WATER COMPANY,

      Defendant.

_____

## ORDER SETTING CASE FOR TRIAL
_____

      This matter has been scheduled for a nine-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **October 4, 2010 at 8:00 a.m.**

      A Trial Preparation Conference is set for **September 24, 2010 at 9:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)      jury selection;

      2)      sequestration of witnesses;

      3)      timing of presentation of witnesses and evidence;

      4)      anticipated evidentiary issues;

      5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED December 15, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge