## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-01849-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** March 31, 2010 | Courtroom Deputy, Ellen E. Miller |
| STACEY GORDANIER, | Lynne M. Sholler |
| Plaintiff(s), | |
| v. | |
| MONTEZUMA WATER COMPANY, a non-profit corporation, | Michael J. Mirabella |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING
**Court in Session:** 2:00 p.m.
Court calls case. Appearances of counsel.

The Court raises Defendant's Motion for Protective Order [Docket No. 129, Filed February 17, 2010] for argument.

Argument by Mr. Mirabella.
Response by Ms. Sholler
Reply argument by Mr. Mirabella.

**It is ORDERED:**  Defendant's MOTION FOR PROTECTIVE ORDER [Docket No. 129, Filed February 17, 2010] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.


Hearing concluded.
**Court in recess:** 2:43 p.m.
Total In-Court Time 00: 43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.